**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 89 C 5942 |
| **THOMAS F. QUINN**, | ) ) | |
| Defendant. | ) ) | |

## MEMORANDUM ORDER

At the time of the April 21 telephonic status hearing in this action, it appeared from the oral presentation by counsel for the SEC that there were good many complexities to be overcome -- and consequently a substantial amount of time would be required -- for Thomas Quinn ("Quinn") to transfer effectively all of his right, title and interest (in whatever legal form) in the French Chateau that is the only remaining property of any substance potentially available toward carrying out the basic purposes for which this action was originally brought and for which it has been pursued. But later on the same day SEC counsel has delivered a Status Report and Motion To Continue accompanied by exhibits that tell a different story, one under which no more than a limited group of documents that are now available for signature need to be executed by Quinn before this Court's stated intention to release him from custody under the currently ongoing civil contempt proceedings can be effectuated.

Accordingly this Court grants the SEC's motion for an extension to April 28, 2016. If by that time Quinn has executed the documents that have been tendered by the SEC for his

signature, this Court will carry out its earlier-stated intention.

                                                              _____
                                                              Milton I. Shadur
                                                              Senior United States District Judge

Date: April 22, 2016