**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 89 C 5942<br>) |
| THOMAS F. QUINN, | )<br>)<br>) |
| Defendant. | ) |

## MEMORANDUM ORDER

This Court has been provided a copy of the parties' agreed-upon document entitled "Assignment of Shares," already executed by defendant Thomas Quinn ("Quinn") as "Assignor" and about to be executed by plaintiff Securities and Exchange Commission ("SEC") as "Assignee," prepared in accordance with this Court's prior directive to the parties. That document appears sufficient to enable a determination of ownership under French law (a subject on which this Court expresses no substantive views) as to the shares in a French company (société civile) named SCI Le Mas Des Roses, which is the only asset of value now known to the SEC to constitute a potential addition to the recoveries previously obtained from Quinn toward satisfaction of the May 3, 1994 judgment in this long-pending litigation.

This Court therefore holds that no further purpose would be served by the continued detention of Quinn under the principles of civil contempt. And that being so, this Court orders Quinn to be released from federal custody forthwith.

_____
Milton I. Shadur
Date: May 13, 2016    Senior United States District Judge